UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: Pamela Michelle Jones

Case No. 24-17361-MER

Debtor.

Chapter 13

_____

**ORDER REQUIRING EMPLOYER OF THE DEBTOR TO PAY A PORTION OF THE DEBTOR'S WAGES OR EARNINGS TO THE TRUSTEE**
_____

Pursuant to Section 1325(c) of the Bankruptcy Code, the Court may order an entity from which the debtors receive income to pay all or any part of such income to the Trustee.

The debtors herein have filed a Chapter 13 Plan that propose a portion of their earnings be submitted monthly to Chapter 13 Trustee, Douglas Kiel, for distribution to creditors.

The debtors herein have requested that payment to the plan be made by payroll deduction by the employer for debtor, Pamela Michelle Jones.

IT IS THEREFORE ORDERED that employer shall withhold from earnings and submit to the Trustee the sum of: $655.00 MONTHLY, payable in equal installments of $303.00 per BI-WEEKLY pay period, commencing immediately and continuing until further order of the Court.

**PAYMENT INSTRUCTIONS**

1. Make checks PAYABLE TO Adam Goodman, Trustee.
2. CHECKS MUST LIST the Debtor's name, Pamela Michelle Jones, and case number, 24-17361-MER.
3. Mail all checks to the Trustee's bank:

**Adam Goodman, Trustee**
**PO Box 1169**
**Denver, CO 80201**

Payable in equal installments per pay period.

This order shall supersede any previous wage order.

Payment to the Trustee by the employer under this order shall fully acquit and discharge said employer to the extent of such payments as against the claims and demands of the debtors; and let notice of the entry of this order be made by mailing a copy thereof to each of the following at the addresses shown below.

Adam Goodman
P.O. Box 1169
Denver CO, 80201

Watton Law Group
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI  53203

Pamela Michelle Jones
1287 South 8th Avenue Apt. F-342
Brighton, CO 80601

Southwest Airlines Co.
Attn: Payroll
2702 Love Field Drive, HDQ-6PY Dallas, TX 75235


Dated: August 26, 2025                     By the Court:


                                           __s/ Michael E. Romero__
                                           U.S. Bankruptcy Judge